### THOMAS J SPEAR *v.* GARDNER & DENSLER.

Where there is a special contract which fixes a contingent compensation, a party cannot recover on a *quantum meruit.*

The principal may revoke his power of attorney whenever he thinks proper, and, if necessary, compel the agent to deliver up the written instrument containing it, if it be under private signature. C. C. 2997.

APPEAL from the Second District Court of New Orleans, *Morgan*, J. *V. F. & J. B. Cotton*, for plaintiff and appellant. *A. T. Steele*, for defendants.

LAND, J. The plaintiff sues on a *quantum meruit*, to recover the value of services rendered by him in the capacity of agent for the defendants. He cannot recover; first, because there was between him and the defendants, a special contract which fixed a contingent compensation for his services; secondly, because the event on which his compensation depended, under the terms of the contract, never happened; and thirdly, because the revocation of the plaintiff's power of attorney was no such violation of the contract of mandate, as entitled him to recover the value of his services, in the nature of damages, as contended by counsel. C. C. Art. 2997.

The disbursements by the plaintiff were the subject of a settlement

SPEAR
*v.*
GARDNER.

beween the parties at the termination of the agency, at which time the present demand, so far as appears, was not made of defendants.

It is, therefore, ordered, adjudged and decreed, that the judgment of the District Court be affirmed, with costs.

VOORHIES, J., absent.